JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEANTE REGINALD SMITH,

    Petitioner,

vs.

WARDEN KELLY HARRINGTON,

    Respondent.

Case No. CV 10-2637-SVW (JCG)

**JUDGMENT**

In accordance with the Order Vacating Order Requiring Response to Petition; Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that the this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 6/14/11

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1